[No. 21735-3-III.  Division Three.  March 16, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MIRANDA RAE MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 01-1-02292-5, James P. Hutton, J., entered December 13, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 21786-8-III.  Division Three.  March 16, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN SCOTT DUNLAVY, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 02-1-00142-9, David Frazier, J., entered January 31, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 21946-1-III.  Division Three.  March 16, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY ALAN BICKEL, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 02-1-00488-4, Evan E. Sperline, J., entered March 31, 2003. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 29290-4-II.  Division Two.  March 16, 2004.]

LABOR READY, INC., ET AL., *Respondents*, v. MICHAEL JOHN MOOTHART, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-09434-9, Sergio Armijo, J., entered August 29, 2002. *Affirmed in part* and *reversed in part* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Quinn-Brintnall, JJ.